**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

LEE KRUMM                                                                                   PLAINTIFF

v.                                      3:20-cv-00205-JM-JJV

STATE OF ARKANSAS, *et al.*                                           DEFENDANTS

**JUDGMENT**

Pursuant to the Order entered on this day, it is considered, ordered, and adjudged that Plaintiff's Complaint is DISMISSED without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would be frivolous and not taken in good faith.

DATED this 3rd day of September 2020.

                                                      _____
                                                      JOE J. VOLPE
                                                      UNITED STATES MAGISTRATE JUDGE